186 So.2d 630

### Willie MARTIN et ux.

v.

### CITY OF OPELOUSAS et al.

No. 48216.

June 7, 1966.

In re: Willie Martin and Alice Martin applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 185 So.2d 223.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

186 So.2d 630

### Mrs. Lee Markham NAUCK, Wife of and Earl N. Nauck

v.

### COOPERATIVE CAB COMPANY, Inc. d/b/a United Cab Company, Inc., and the Sewerage & Water Board of New Orleans.

No. 48227.

June 7, 1966.

In re: The Sewerage and Water Board of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So. 2d 345.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.